UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH HUEBNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | NO. C22-882RSL<br><br>ORDER |

The above entitled case has been reassigned to the Honorable Robert S. Lasnik. The following orders are hereby VACATED; Dkt. #5, Standing Order Regarding 28 U.S.C., Dkt. #6, Standing Order for all Civil Cases, Dkt. #7 Order Regarding Initial Disclosures and Joint Status Report.

DATED this 28th day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER-1