IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH HUEBNER,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer licensed to do business in the State of Washington,<br><br>        Defendant. | No. 2:22-cv-00882-RSL<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE EXPERT DISCLOSURE DEADLINE** |

This matter comes before the Court on defendant's Motion to Continue Expert Disclosure Deadline. Dkt. # 23. The motion is unopposed and therefore GRANTED. The expert disclosure deadline is continued to June 4, 2023.

Dated this 24th day of April, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge