THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH HUEBNER,<br><br>                                    Plaintiff,<br><br>     v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer licensed to do business in the State of Washington,<br><br>                                    Defendant. | No. 2:22-cv-00882-RSL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>***(Clerk's Action Required)*** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 23rd DAY OF October, 2023.

*[signature]*

Robert S. Lasnik
United States District Judge

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476

1

2

Approved by:                                Presented by:

3

**GLP ATTORNEYS, P.S., INC.**                **WATHEN LEID HALL & RIDER P.C.**

*s/ Scott Shawver (per email authority)*      *s/Rory W. Leid*_____

4

Scott Shawver, WSBA #24048                  Rory W. Leid, WSBA #25075

*Counsel for Plaintiff*

5

2601 Fourth Avenue, Floor 6                 *s/ Dylan R. Knapp*_____

Seattle, WA 98121                           Dylan R. Knapp, WSBA #58394

6

T: (206) 448-4640                           *Counsel for Defendant*

sshawver@glpattorneys.com                   222 Etruria Street,

7

                                            Seattle, WA 98109

G. Lee Raaen                                Tel: (206) 622-0494

8

Attorney at Law                             rleid@cwlhlaw.com | dknapp@cwlhlaw.com

3301 Burke Avenue N., #340

9

Seattle, WA  98103

T: (206) 682-9580

10

lee@lraaen.com

11

12

13

14

15

16

17

18

19

20

21

22

23

No. 2:22-cv-00882- RSL                      WATHEN | LEID | HALL | RIDER, P.C.
PROPOSED ORDER OF DISMISSAL  - 2                    222 ETRURIA STREET
                                                SEATTLE, WASHINGTON  98109
                                               (206) 622-0494/FAX (206) 587-2476